[Nos. 33771-8-I; 33772-6-I; 33773-4-I; 33774-2-I; 33775-1-I. Division One. June 26, 1995.]

*In re the Dependency of* W.K., ET AL., *Minor Children.*

ALLEN KEITH, *Appellant*, v. DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 93-7-00256-1, Ronald Castleberry, J., entered November 19, 1993. *Dismissed* by unpublished opinion per Grosse, J., concurred in by Baker, C.J., and Coleman, J.

[No. 34032-8-I. Division One. May 26, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD WELLS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 93-1-01379-1, James A. Noe, J., entered July 26, 1993. *Affirmed* by unpublished per curiam opinion.

[No. 34312-2-I. Division One. June 26, 1995.]

JAMES ERIC ANDERSON, *Appellant*, v. THE CITY OF SEATTLE, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 89-2-12257-0, Larry A. Jordan, J., entered February 18, 1994. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Kennedy, A.C.J., and Pekelis, J Pro Tem.